02-11-418-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00418-CR

 

 


 
 
 Billy Wayne Bell, Jr.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 396th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies
with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  We grant counsel’s
motion to withdraw.  No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal.  See Tex.
R. App. P. 42.2(a),
43.2(f).

 

PER
CURIAM

PANEL:  MEIER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  February 23,
2012









[1]See Tex. R. App. P. 47.4.